UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS WILLIAM WALLER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RANJIT S. MANN, *et al.,* <br><br> Defendants. | NO. C17-1626RSL <br><br> MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The trial date and any remaining pretrial deadlines are hereby STRICKEN pending the Court's ruling on Plaintiff's Motion for Partial Summary Judgment (Dkt. # 26). The Court will renote the Motions in Limine.

DATED this 10th day of April, 2019.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER